# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Frederick Schaefer, | Case No. 20-cv-2458 (DSD/DTS) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Collin Hennessy, et al., | |
| Defendants. | |

Plaintiff filed his matter on December 3, 2020. A summons was issued but Defendants did not respond to the Complaint. On April 27, 2021, this Court ordered Plaintiff to notify Defendants of their requirement to respond and directed Plaintiff that if Defendants failed to respond, Plaintiff was to file an application for entry of default. The Court's order was sent to Plaintiff at the address he has on file with the Court, but it was returned as undeliverable. The Clerk of Court's office then called Plaintiff on May 3, 2021, advising him to send a change of address or current address to the Court. No response has been received.

## RECOMMENDATION

Based on the foregoing, and on all the files, records, and proceedings herein, this Court RECOMMENDS this matter be DISMISSED WITHOUT PREJUDICE for lack of prosecution.

Dated: June 21, 2021

                                                                                        s/David T. Schultz
                                                                                        DAVID T. SCHULTZ
                                                                                        United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  *See* Local Rule 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).