UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL No.: 20-2458(DSD/DTS)

Frederick Schaefer,

    Plaintiff,

v.                                                    **ORDER**

Collin Hennessy, et al.,

    Defendants.


The above matter is before the court upon the report and recommendation of United States Magistrate Judge David T. Schultz dated June 21, 2021 (R&R).  No objections have been filed to the R&R in the time period permitted.

Accordingly, based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED that** this matter is dismissed without prejudice for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: July 7, 2021                    /s David S. Doty_____
                                       David S. Doty, Judge
                                       United States District Court